# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

126980 (98)
127032 (94)

JOSEPH STAMPLIS and THEODORA STAMPLIS,
     Plaintiffs-Appellees,

v

ST. JOHN HEALTH SYSTEM, d/b/a RIVER
DISTRICT HOSPITAL,
     Defendant-Appellant,
     Appellee (127032)
and
G. PHILLIP DOUGLASS,
     Defendant-Appellee,
     Appellant (127032)
and
HENRY FORD HEALTH SYSTEM, d/b/a
HENRY FORD HOSPITAL, et al
     Defendants.

_____

SC: 126980
COA: 241801
St. Clair CC: 01-001051-NH

On order of the Chief Justice, the motion by defendant-appellant Douglas for extension to September 1, 2006 of the time for filing his reply brief is GRANTED. The motion by plaintiffs-appellees to adjourn the oral argument is GRANTED. The Clerk is directed to place this case on the November 2006 Session Calendar for oral argument and submission.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2006

_____
Clerk